**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 00-2579

———————————

CHRISTINE LOCKLEAR,

Plaintiff - Appellant,

versus

TED PARKER; ARDSHIEL, INCORPORATED; GE INVEST-
MENT PRIVATE PLACEMENT PARTNERS II, a limited
partnership,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Wilmington.  W. Earl Britt, Senior Dis-
trict Judge.  (CA-00-121-7-BR)

———————————

Submitted:  March 22, 2001          Decided:  March 27, 2001

———————————

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Christine Locklear, Appellant Pro Se.  David Lester Woodard, POYNER
& SPRUILL, Raleigh, North Carolina; Lisa Michelle Drabik, WOMBLE,
CARLYLE, SANDRIDGE & RICE, Winston-Salem, North Carolina; Charles
Archibald Edwards, WOMBLE, CARLYLE, SANDRIDGE & RICE, Raleigh,
North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Christine Locklear appeals from the district court's order dismissing her employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Locklear v. Parker, No. CA-00-212-7-BR (E.D.N.C. Nov. 6, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED